UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SONYA GRANT </br></br> Plaintiff, </br></br> v. </br></br> EQUIFAX </br></br> Defendant | Civil Action No. </br></br> **JURY TRIAL DEMANDED** |

# VERIFIED COMPLAINT

1. Plaintiff Sonya Grant, a resident of Providence, Rhode Island, brings this action because Equifax Information Services, LLC failed to provide her with a full and complete copy of her credit file, in violation of the Fair Credit Reporting Act, specifically 15 U.S.C. § 1681g(a).

2. Incomplete and misleading credit disclosures harm consumers in real ways. When Equifax withheld key details in her file—like actual payments, account identifiers, and payment histories—Sonya was unable to verify or dispute what was being reported about her.

3. As a result, she was denied access to credit she needed for her home and her business, experienced prolonged stress and emotional distress, and suffered tangible harm.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

4. The law says that consumers are entitled to a full, clear, and accurate disclosure of all information in their file. Equifax didn't follow the law.

## JURISDICTION AND VENUE

6. This Court has jurisdiction under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

7. Venue is proper in this district because Plaintiff resides in Rhode Island and the events giving rise to this complaint occurred here.

## PARTIES

8. Plaintiff Sonya Grant is a consumer as defined under 15 U.S.C. § 1681a(c), residing in Providence, Rhode Island.

9. Defendant Equifax Information Services, LLC is a consumer reporting agency within the meaning of 15 U.S.C. § 1681a(f), with its principal place of business located at 1550 Peachtree Street NW, Atlanta, Georgia.

## FACTUAL ALLEGATIONS

10. On or around August 4, 2025, Plaintiff requested and received her Equifax credit file via annualcreditreport.com.

11. Plaintiff needed the report to prepare for a home equity line of credit, to reinvest in her small business and support her aging mother.

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

12. The report she received was missing critical information. Multiple accounts appeared with blank fields, incomplete payment histories, shortened account identifiers, and vague or omitted data.

13. For example, her Capital One account showed:

Missing actual payment amounts,

No past due balance, No date of first delinquency, Late payments recorded without supporting monthly payment data, An incomplete 24-month payment history.

14. Three Mohela student loan accounts were also incomplete:
No balloon payment fields or dates, no deferment status, missing or incomplete payment history, Late payment notations with no supporting data.

15. These are just a few examples other accounts on her report were similarly affected, as shown in Exhibit C.

16. Without full account identifiers or accurate payment history, Plaintiff couldn't determine whether derogatory information was valid or not, and she couldn't properly match tradelines to her own records.

17. Equifax had the full data it shares it with lenders and third parties but withheld it from the consumer disclosure provided to Plaintiff.

18. As a direct result, Plaintiff was denied credit, and the situation caused significant emotional distress, feelings of helplessness, anxiety, and confusion.

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

19. She is currently seeking professional therapy and support to manage the emotional effects caused by the confusion, denial of credit, and the overwhelming process of trying to understand a file that should have been clear.

20. Equifax's reporting format omits critical fields across many disclosures, and this is not an isolated mistake.

21. In Washington v. Equifax, Case No. 3:19-cv-00154 (M.D. Tenn.), the court held that a claim under § 1681g(a) may proceed where Equifax fails to provide complete file disclosures.

22. The FTC's 2000 Opinion Letter to Darcy also confirms that redacted or truncated data does not satisfy the legal requirement for full disclosure under § 1681g.

23. Equifax's conduct violated Plaintiff's legal right to a complete and clear consumer file disclosure.

**Violation of 15 U.S.C. § 1681g(a) (Fair Credit Reporting Act)**

24. Plaintiff incorporates all prior paragraphs as if fully stated herein.

25. Equifax failed to clearly and accurately disclose all information in Plaintiff's consumer file as of August 4, 2025, as required by 15 U.S.C. § 1681g(a)(1).

26. These omissions materially interfered with Plaintiff's ability to verify, understand, and challenge credit report entries.

27. Equifax's conduct was willful, entitling Plaintiff to statutory and punitive damages under 15 U.S.C. § 1681n.

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

28. In the alternative, Equifax's conduct was negligent, entitling Plaintiff to actual damages under 15 U.S.C. § 1681o.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Award statutory damages of up to $1,000 per violation, or actual damages, pursuant to 15 U.S.C. § 1681n or § 1681o;

b. Award punitive damages for willful noncompliance under 15 U.S.C. § 1681n(a)(2);

c. Award Plaintiff's costs of litigation and filing under 15 U.S.C. § 1681n(a)(3) and/or § 1681o(a)(2);

d. Grant such other relief as the Court deems just and proper.

### JURY DEMAND

Plaintiff respectfully demands a trial by jury on all triable issues.

### VERIFICATION

I, Sonya Grant, declare under penalty of perjury under the laws of the United States of America that the facts stated in this Verified Complaint are true and correct to the best of my knowledge, information, and belief.

Dated: 8/7/25

Signed: *[signature: Sonya Grant]*

Sonya Grant

**11 Whittier ave, Providence, RI 02909**

Sonya.Grant@icloud.com

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**EXHIBITS**

- Exhibit A – Sonya Grant's Equifax Consumer Disclosure, August 4, 2025
- Exhibit B – FTC Opinion Letter (Darcy Letter, June 30, 2000)
- Exhibit C – Sonya Grant's letter outlining incomplete data from Equifax's August 4, 2025 consumer disclosure

# Notarial Certificate

State of __Rhode Island__
County of __Providence__

On this 8TH day of AUGUST 20 25, before me, the undersigned notary public, personally appeared SONYA GRANT _____ (name of document signer) and proved through satisfactory evidence of identification, which was RIDL# 402794695, to be the person whose name is signed on the preceding or attached document.

___ Signed on the attached document in my presence

___ Who acknowledged that they signed the document voluntarily

✓ Subscribed and sworn to (or affirmed) before me


_Derek Rossi_ (signature)
Notary Public DEREK ROSSI
Notary ID # 768730
Commission Expires 07/01/2026
PROVIDENCE COUNTY

[Notary Seal: DEREK ROSSI, NOTARY PUBLIC, STATE OF RHODE ISLAND]

*Loose Notarial Certificate*

This notarial certificate is attached to a CIVIL COMPLAINT (V. EQUIFAX) (title of copied document), dated 8/8/25, of 6 pages.