IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SONYA GRANT,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX,<br><br>        Defendant. | Case No. 1:25-cv-00383-MSM-PAS |

**NOTICE OF SETTLEMENT**

    Defendant EQUIFAX INFORMATION SERVICES LLC, incorrectly identified as EQUIFAX, hereby notifies the Court that Plaintiff and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Equifax. Equifax therefore requests that the Court vacate all pending deadlines in this matter as to Equifax. Equifax also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

320855962v.1

Dated: October 22, 2025        Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Mario D. Nimock*
    Mario D. Nimock (Bar No. 9610)
    mnimock@seyfarth.com
    SEYFARTH SHAW LLP
    233 S. Wacker Drive
    Chicago, IL  60606-6448
    Telephone: (312) 460-5218
    Facsimile: (312) 460-7613

*Counsel for Defendant*
*Equifax Information Services LLC,*
*incorrectly identified as Equifax*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2025, I presented the foregoing NOTICE OF SETTLEMENT to the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

    SONYA GRANT, *plaintiff pro se*
    11 WHITTIER AVE
    PROVIDENCE RI 02909-3721
    Email:  Sonya.Grant@icloud.com

    */s/ Mario D. Nimock*
    Mario D. Nimock
    *Counsel for Defendant*
    *Equifax Information Services LLC,*
    *incorrectly identified as Equifax*

320855962v.1